**Opinion issued December 18, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00159-CV

————————————

**JENNIFER BRADEN, Appellant**

**V.**

**HUSSAIN RAHIM, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-45660**

---

## MEMORANDUM OPINION

On October 24, 2014, appellant was notified of intent to dismiss this appeal for want of prosecution for failure to file a brief by November 4, 2014. *See* TEX. R. APP. P. 38.8(a)(1). To date, no appellate brief has been received.

The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief and this Court's notice, is of the opinion this appeal should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(a).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.